UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

## ADR MEMORANDUM TO CLERK OF COURT

Jane Doe, through parents, Karen & Michael Mendoza
_____
Plaintiff(s),

v.

Wharton Independent School District
_____
Defendant(s).

DIVISION: Corpus Christi

CIVIL ACTION NO. 2:16-cv-00048

ADR METHOD:   Mediation ☑   Arbitration ☐
              Mini-trial ☐   Summary Jury Trial ☐

TYPE OF CASE: Title IX Discrimination

Please check one of the following:

The case referred to ADR:   **Settled** ☑   or   **Did Not Settle** ☐

Total fees and expenses paid by the parties: $ n/a .

If no fees or expenses were charged, please check one of the following:

No ADR was necessary because case settled before the ADR Session   ☐

By an Order of the Court   ☐

By an Agreement with the parties   ☐

Please list names, addresses and telephone numbers of all parties and all counsel of record:
(*Use second sheet if necessary.*)

Date: 03-29-17

ADR Provider No.: 1471
Printed Name: James W. Upton
Signature: /s/ James W. Upton