UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JANE DOE, by and through her Next Friends and Parents Karen Mendoza And Michael Mendoza,<br>*Plaintiffs,*<br><br>v.<br><br>WHARTON INDEPENDENT SCHOOL DISTRICT<br><br>*Defendant.* | § § § § § § § § § § § | Civil Action No.: 1:16-cv-00048 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs, JANE DOE, by and through her Next Friends and Parents Karen Mendoza and Michael Mendoza and hereby stipulate that they no longer wish to pursue any claims, demands or causes of action which were or might have been asserted against Wharton Independent School District in the above-numbered cause of action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that this matter be dismissed with prejudice, and that each party bear their own costs of court, fees, and expenses.

Respectfully submitted,

_____
Rene Luis Obregon
State Bar Number: 24005445
Southern District Federal ID No. 33188
Aidan Perales
State Bar Number: 24027604
Southern District Federal ID No. 27471

Chaves, Obregon & Perales, L.L.P

1

802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78401

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Katie Payne*

James E. Byrom
State Bar No. 03568100
Katie Payne
Texas State Bar No. 24060952
WALSH, GALLEGOS, TREVINO, RUSSO & KYLE, PC
10375 Richmond Ave., Ste. 1357
Houston, Texas 77042

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2017, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and notification of such filing will be electronically sent to:

Rene Luis Obregon
Aidan Perales
Chaves, Obregon & Perales, L.L.P.
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78401

G. Marc Cervantes
The Law Office of Marc Cervantes, PLLC
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 8401

/s/ James E. Byrom
James E. Byrom