United States District Court
Southern District of Texas
**ENTERED**
June 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-48 |
| | § | |
| WHARTON INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

Pursuant to the Stipulation of Dismissal with Prejudice (D.E. 68), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 6th day of June, 2017.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE